IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00364-REB-BNB

BRANCH BULLARD, and
NANCY BULLARD,

Plaintiffs,

v.

PHH MORTGAGE CORPORATION.

Defendant.

_____

## ORDER
_____

This matter arises on **PHH's Motion to Stay Discovery** [Doc. # 15, filed 6/19/2014] (the "Motion to Stay").  I considered the Motion to Stay during the scheduling conference held this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Stay [Doc. # 15] is DENIED.

Dated June 26, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge