IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00364-REB-BNB

BRANCH BULLARD, and
NANCY BULLARD,

Plaintiffs,

v.

PHH MORTGAGE CORPORATION.

Defendant.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


IT IS ORDERED:

(1) Plaintiffs' **Motion to Appear By Telephone** [Doc. # 32, filed 9/2/2014] is GRANTED.  Plaintiffs' counsel shall contact the court at 303-844-6408 to participate in the hearing; and

(2) **Plaintiffs' Motion to File Reply** [Doc. # 35, filed 9/3/2014] is GRANTED.  The Clerk of the Court is directed to accept for filing Plaintiffs' Reply [Doc. # 35-1].


DATED:  September 4, 2014