IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00364-REB-BNB

BRANCH BULLARD, and
NANCY BULLARD,

Plaintiffs,

v.

PHH MORTGAGE CORPORATION.

Defendant.

_____

# ORDER
_____

This matter arises on **Plaintiffs' Motion for Leave to File First Amended Complaint** [Doc. # 28, filed 8/11/2014] (the "Motion to Amend").  I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 28] is GRANTED; and

(2) The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand [Doc. # 28-1].

Dated September 5, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge