IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00364-REB-BNB

BRANCH BULLARD, and
NANCY BULLARD,

Plaintiffs,

v.

PHH MORTGAGE CORPORATION.

Defendant.

_____

## ORDER
_____

By an Order entered on September 5, 2014, the plaintiffs were allowed to file their First Amended Complaint and Jury Demand, which draws into question the constitutionality of section 13-17-201, C.R.S. Neither the State of Colorado nor any of its agencies, officers, nor employees is a party to this action. Under these fact, 28 U.S.C. § 2403(b) requires that "the court shall certify such fact to the attorney general of the State. . . ."

IT IS ORDERED that the Clerk of the Court is directed, pursuant to 28 U.S.C. § 2403(b), to notify the Attorney General of the State of Colorado that the constitutionality of section 13-17-201, C.R.S., has been drawn into question in this action and to include with his Certificate a copy of the plaintiffs' First Amended Complaint and Jury Demand.

Dated September 5, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge