IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00364-REB-BNB

BRANCH BULLARD, and
NANCY BULLARD,

Plaintiffs,

v.

PHH MORTGAGE CORPORATION.

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Stipulated Motion to Take Deposition of Branch Bullard Out of Time** [docket no. 52, filed December 16, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended for the sole purpose of allowing the taking of the deposition of plaintiff Branch Bullard on or before January 9, 2015.

DATED:  December 16, 2014