**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.: 14-cv-00364-REB-BNB

BRANCH BULLARD and NANCY BULLARD,

    Plaintiffs,

vs.

PHH MORTGAGE CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me is the **Stipulated Motion to Dismiss** [#59][1] filed January 29, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion to Dismiss** [#59] filed January 29, 2015, is **APPROVED**;

    2.  That any pending motion, including **PHH's Motion To Dismiss the Amended Complaint [Doc. #44]** [#48] filed October 2, 2014, is **DENIED as moot**;

    3.  That all currently pending hearings and deadlines are **VACATED**;

    4.  That this action is **DISMISSED WITH PREJUDICE** with each party to pay its own attorney fees and costs; and

---

[1] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

5.  That this case is **CLOSED**.

Dated January 29, 2015, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge